LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
1122 EAST JEFFERSON STREET
PHOENIX, ARIZONA 85034
POST OFFICE BOX 20527
PHOENIX, ARIZONA 85036
(602) 271-7700

James R. Broening (004036)
Email: jrb@bowwlaw.com
Robert T. Sullivan (022719)
Email: rts@bowwlaw.com
Alicyn M. Freeman (024931)
Email: amf@bowwlaw.com
Jathan P. McLaughlin (028065)
Email: jpm@bowwlaw.com
*Attorneys for Scottsdale Healthcare Corp
and John C. Lincoln Health Network*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bobby Aycock, an individual; Everett Sherwood, an individual; Candace Wright, an individual, Joyce Carlisle, an individual, Lorraine Demello, an individual, and Frank Solano, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Scottsdale Healthcare Corp., an Arizona corporation; Dignity Health, a California corporation; and John C. Lincoln Health Network, an Arizona corporation,<br><br>Defendants. | Case No.  2:14-cv-01483-DLR<br><br>**NOTICE OF SERVICE OF DEFENDANTS DISCOVERY REQUESTS TO PLAINTIFFS**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

Notice is hereby given that Defendants have served upon counsel for Plaintiffs by mail on September 3, 2014 the following documents:

   1.     Defendants Scottsdale Healthcare Corp.'s First Set of Requests for Production

to Bobby Aycock, Everett Sherwood and Candace Wright;

2. Defendants Scottsdale Healthcare Corp.'s First Set of Non-Uniform Interrogatories to Bobby Aycock, Everett Sherwood and Candace Wright;

3. Defendants John C. Lincoln Health Network's First Set of Requests for Production to Frank Solano;

4. Defendants John C. Lincoln Health Network's First Set of Non-Uniform Interrogatories to Frank Solano;

RESPECTFULLY SUBMITTED this 3rd day of September, 2014

BROENING OBERG WOODS & WILSON, P.C.


By /s/Alicyn M. Freeman
James R. Broening
Robert T. Sullivan
Alicyn M. Freeman
Post Office Box 20527
Phoenix, Arizona  85036
*Attorneys for Scottsdale Healthcare Corp and John C. Lincoln Health Network*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Geoffrey Trachtenberg, Esq.
Levenbaum Trachtenberg, PLC
326 North 3rd Avenue
Phoenix, AZ  85003
-and-
B. Lance Entrekin, Esq.
The Entrekin Law Firm
One East Camelback Road, # 710
Phoenix, AZ  85012
*Attorneys for Plaintiffs*

Cameron Artigue, Esq.
Christopher L. Hering, Esq.
Gammage & Burnham
Two North Central Avenue, 15th Floor
Phoenix, AZ  85004
*Attorneys for Defendant Dignity Health*

By /s/ Jeanne E. Gojic